UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     Case No. 8:14-cr-190-T-24EAJ

STEPHEN MAYER

## **AMENDED FORFEITURE JUDGMENT**

THIS CAUSE comes before the Court upon a remand from the Eleventh Circuit Court of Appeals vacating the Forfeiture Money Judgment in the amount of $4,404,200.00 entered by this Court on May 5, 2015 (Doc. 112). The Eleventh Circuit concluded that this Court "plainly erred in ordering Mayer to forfeit the proceeds of loans that were not obtained directly or indirectly as a result of his conspiracy to commit wire fraud affecting a financial institution or as the result of his commission of wire fraud affecting a financial institution." *United States v. Mayer*, — F. App'x —, 2017 WL 587113, at *6 (11th Cir. Feb. 14, 2017) (per curiam). The Eleventh Circuit further found that out of the figure the Government used to calculate the forfeiture amount, "only $1,114,200 of these mortgages came from GreenPoint, an FDIC-insured entity." *Id.*

Stephen Mayer was charged in a superseding indictment with one count of conspiracy to commit wire fraud, affecting a financial institution, in violation of 18 U.S.C. § 1349, and eight substantive wire fraud offenses, affecting a financial institution, in violation of 18 U.S.C. § 1343. Following a jury trial, Mayer was found guilty of all nine counts charged in the superseding indictment, and at sentencing the Court entered a Forfeiture Money Judgment in the amount of $4,404,200.00, the total value of the final

mortgages taken out on the 12 properties that were the subject of the conspiracy and substantive counts of wire fraud.

On July 6, 2017, this Court conducted a forfeiture hearing pursuant to the Eleventh Circuit's remand. Mayer was present and represented by court-appointed counsel. At the hearing, the Government announced that it would be seeking forfeiture only in the amount of $1,114,200. Based upon the evidence presented at trial and the evidence and argument presented at the July 6th forfeiture hearing, the Court finds that, as a result of the conspiracy charged in Count One, Mayer directly or indirectly obtained $1,114,200 in proceeds from mortgage loans that affected a financial institution.

**Accordingly**, the Court enters an Amended Forfeiture Money Judgment in the amount of $1,114,200 against Stephen Mayer. The Court retains jurisdiction to enter orders required for the forfeiture and disposition of any property belonging to Mayer that the Government is entitled to seek under 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), as substitute assets up to the amount of $1,114,200.

**ORDERED** in Tampa, Florida, on July 7, 2017.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
All Parties/Counsel of Record