UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:14-cr-190-T-24 AEP

STEPHEN MAYER
_____/

## ORDER

This cause comes before the Court on Defendant Stephen Mayer's Motion to Amend the Record. (Doc. No. 188). In this motion, Defendant asks the Court to supplement the record of the July 6, 2017 forfeiture hearing by adding Exhibit 18M to the record, an exhibit that Defendant concedes was not introduced into evidence at the hearing. The Court has reviewed the transcript of the hearing to confirm that the exhibit was not introduced into evidence. Because Defendant did not introduce the exhibit into evidence at the hearing, the Court cannot supplement the record to add the exhibit into the record. Accordingly, the it is ORDERED AND ADJUDGED that Defendant's motion (Doc. No. 188) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 1st day of August, 2017.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record